IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH MACON, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:23-cv-50008 |
| CITY OF HARVARD and HARVARD POLICE OFFICER ERIC SEE, Star No. 330, | ) | Judge Margaret J. Schneider |
| Defendants. | ) | |

## STIPULATION TO DISMISS

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated between the Plaintiff, JOSEPH MACON, and the Defendants, CITY OF HARVARD and OFFICER ERIC SEE, STAR NO. 330, by and through their respective counsel, that Plaintiff's claims against these Defendants in this matter have been settled, and that the same shall be dismissed, with prejudice, with each party to bear their own costs and fees.

BY: /s/ Garrett Browne
One of the Attorneys for Plaintiff
Ed Fox & Associates, Ltd.
118 North Clinton Street, Suite 425
Chicago, Illinois 60661
(312) 345-8877
E-Mail: gbrowne@efoxlaw.com

/s/ Michael J. Atkus
One of the Attorneys for Defendants
Knight Hoppe Kurnik & Knight, Ltd.
5600 North River Road, Suite 600
Rosemont, Illinois 60018
(847) 261-0700
E-Mail: matkus@khkklaw.com